IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNIE CEPHUS FENN, JR., | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 18-0186-KD-M |
| SERGEANT DAVIS, *et al.*, | : | |
| Defendants. | : | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 4) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action is DISMISSED without prejudice for failure to prosecute and to obey the Court's order.[1]

DONE this 22nd day of October 2018.

                                                    s/ Kristi K. DuBose
                                                  KRISTI K. DuBOSE
                                                  CHIEF UNITED STATES DISTRICT JUDGE

---

[1] To date, Plaintiff has not provided the Court with his current address. The Report and Recommendation was returned. The envelope was marked "Return to Sender" "Attempted – Not Known" "Unable to Forward" (doc. 5). Previously, the order requiring Plaintiff to file a motion to proceed without prepayment of fees of pay the filing fee was returned. The envelope was marked "Return to Sender" "Unable to Forward" and stamped "Return to Sender No Longer Here" (doc. 3). Plaintiff could not be located as an inmate on either the Alabama Department of Corrections website or the Federal Bureau of Prisons website.